## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**JASMINE SARTAIN**                                          **CIVIL ACTION**

**VERSUS**                                                       **NO. 16-1952**

**DARREL VANNOY**                                      **SECTION: "J"(3)**

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

___X_____ a certificate of appealability shall not be issued for the following reason(s):

For the reasons set forth in Rec. Doc. 13 and Rec. Doc. 19.

New Orleans, Louisiana, this 10th day of January, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE